# ELECTRONIC RECORD

COA #   05-14-00417-CR          OFFENSE:  19.02

STYLE:  George Washington Hicks v. The
        State of Texas          COUNTY:  Dallas

COA DISPOSITION:   AFFIRMED AND
                   MODIFIED     TRIAL COURT:  363rd Judicial District Court

DATE: 07/21/15          Publish: NO   TC CASE #:   F-1100837-W

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  George Washington Hicks v. The
        State of Texas                    CCA #:   1059-15

_APPELLANT'S_   Petition               CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:    _____

_REFUSED_                               JUDGE:   _____

DATE: _10/14/2015_                      SIGNED: _____        PC: _____

JUDGE: _per curiam_                     PUBLISH: _____       DNP: _____

---------------------------

                                        _____ MOTION FOR

                                        REHEARING IN CCA IS: _____

                                        JUDGE: _____

**ELECTRONIC RECORD**